UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN RAY WOODS, JR.,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

CASE NO. C18-5559 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition is **DENIED**;

(3)     Petitioner's Motion to Strike, Dkt. 9, is also **DENIED**;

(4)     The Clerk shall enter **JUDGMENT** and close this case;

(5)     A Certificate of Appealability is **DENIED**; and

(6) Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal.

(7) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 4th day of December, 2018.

BENJAMIN H. SETTLE
United States District Judge